Date: 12/31/2014

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 09-32646

FILED
U.S. Bankruptcy Court
of NC

JAN - 5 2015

Steven T. Salata, Clerk
Charlotte Division

Debtors: SUSAN ELIZABETH STANDRIDGE
1638 CHIPPENDALE ROAD
APT. # 6
CHARLOTTE, NC  28205

Account Number: 2945

Creditor Information: HUDSON & KEYSE, LLC C/O CATHERINE T PEGLOW 8504 SIX FORKS ROAD SUITE 202 RALEIGH NC 27615-0000 // JUDGMENT 6/8/09

Amount of Turnover: $2,528.92          94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $2,528.92**

U #10