Date: 05/27/2015

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case #: 09-32646



Debtors: SUSAN ELIZABETH STANDRIDGE
1638 CHIPPENDALE ROAD
APT. # 6
CHARLOTTE, NC 28205

Account Number:

Creditor Information: SUSAN ELIZABETH STANDRIDGE 1638 CHIPPENDALE ROAD APT #6 CHARLOTTE NC 28205

Amount of Turnover: $142.15          61-P/W-Crdtr Prin

**Total Turnover Amount: $142.15**